## SMITH v. STATE.
### No. 21319.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

B. A. Hamilton, of Jasper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for murder. The punishment assessed is confinement in the state penitentiary for a period of four years.

The record is before this court without statement of facts or bills of exception. The indictment and all matters of procedure appear regular.

The judgment of the trial court is therefore affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.